UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARTHA GUT

    Plaintiff,

v.                                                CASE NO. 8:16-cv-2225-T-26AAS

UNITED STATES OF AMERICA,

    Defendant.
_____/

**O R D E R**

Plaintiff, proceeding *pro se*, has filed a Motion to Vacate pursuant to 28 U.S.C. § 2255, which motion was filed under the mailbox rule on July 28, 2016. A review of the Plaintiff's underlying criminal case indisputably reflects that she was sentenced on September 19, 2013, and she did not appeal.[1] Consequently, because more than one year has elapsed since her judgment of conviction became final, her motion is due to be dismissed as time-barred under the provisions of § 2255(h)(1). Furthermore, Plaintiff fails to allege in her motion any grounds supporting collateral relief under the auspices of § 2255.

**ACCORDINGLY,** it is **ORDERED AND ADJUDGED** as follows:

1) Plaintiff's Motion to Vacate (Dkt. 1) is summarily dismissed.

2) The Clerk is directed to enter judgment for the Defendant and to close this case.

---

[1] See docket 53 in case number 8:13-cr-66-T-26.

3)   The Court declines to issue a certificate of appealability or to allow the Plaintiff to proceed on appeal *in forma pauperis* because she has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(2) and such an appeal would not be taken in good faith . See 28 U.S.C. 1915(a)(3).

**DONE AND ORDERED** at Tampa, Florida, on August 4, 2016.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record
Plaintiff, *pro se*